# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DIMITRI PATTERSON,**

    **Plaintiff,**

**v.**                                                         Case No. 1:19-cv-221-AW-GRJ

**THE MIAMI HERALD MEDIA**
**COMPANY, et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

This case is before the Court upon the magistrate judge's October 29, 2019 Report and Recommendation. ECF No. 5. There have been no objections filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED *sua sponte* for lack of subject matter jurisdiction.

3. The Clerk shall close the file.

SO ORDERED on December 2, 2019.

                                                    s/ *Allen Winsor*
                                                    United States District Judge